**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1366**

---

JAMES K. VARDAMAN,

Plaintiff - Appellant,

and

GLINDA VARDAMAN,

Plaintiff,

versus

HOLY CROSS HOSPITAL, of Silver Spring, Inc.;
OTIS ELEVATOR COMPANY,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-95-291-JFM)

---

Submitted: February 18, 1997        Decided: March 4, 1997

---

Before ERVIN and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James K. Vardaman, Appellant Pro Se. Michael Thomas Wharton, Debra Scurnick Block, WHARTON, LEVIN, EHRMANTRAUT, KLEIN & NASH, Annapolis, Maryland; James Xavier Crogan, Jr., ALLEN, JOHNSON, ALEXANDER & KARP, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Defendants in this diversity action alleging negligence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Vardaman v. Holy Cross Hosp.</u>, No. CA-95-291-JFM (D. Md. Feb. 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>